Nov. Term, 1851.

THE LAWRENCEBURGH AND UPPER MISSISSIPPI RAILROAD COMPANY *v.* SMITH.

RAGAN
v.
LOWER.

The 15th section of the charter of the *Lawrenceburgh and Upper Mississippi Railroad Company* does not preclude the company from prosecuting a writ of error to the Supreme Court from an award of damages for land taken by the company in the construction of their road, although that section states that the judgment of the Circuit Court shall be final.

ERROR to the *Dearborn* Circuit Court.

*Per Curiam.*—Motion by *Smith* to dismiss the writ of error, on the ground that, by statute, this Court has no jurisdiction of the case.

This motion is founded on the 15th section of the charter of the plaintiffs in error. Local Laws, 1847–'8 (1). That section says that the judgment of the Circuit Court, in cases like the present, shall be final. We do not think that that language is sufficiently explicit, to authorize us in saying that a writ of error will not lie in this case.

The motion is overruled.

*G. H. Dunn*, for the plaintiffs.

(1) See Local Laws, 1848, p. 435, s. 15, and Local Laws, 1850, p. 445, s. 6.